**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OLLIE FRANKLIN JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KARYN'S COOKED INC., and 738 NORTH | ) |
| WELLS BUILDING LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Petitioner/Defendant, 738 NORTH WELLS BUILDING LLC, by and through its undersigned attorneys, pursuant to 28 U.S.C. § 1441, hereby gives notice of removal of this action from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois. In support of their Notice of Removal, Petitioner/Defendant states as follows:

1.      Petitioner is the Defendant in an action commenced by Plaintiff in the Circuit Court of Cook County, Illinois, Law Division, styled *Ollie Franklin Jr. v. Karyn's Cooked, Inc. and 738 North Wells Building LLC,* Case No.  2015-L-007234 (the "State Court Action"). Such action was commenced by Plaintiff's Complaint, filed on July 16, 2015. (A true and correct copy of the Complaint is attached hereto as Exhibit "A" and made a part hereof.)

2.      The Complaint alleges that Defendants failed to provide to Plaintiff equal access to Karyn's Cooked Inc. and, therefore, violated the Americans With Disability Act, 42 U.S.C. § 12181, *et seq.* (the  "ADA") and the Illinois Human Rights Act, 775 ILCS 5/1-101, *et seq.* (the "IHRA"). The Complaint seeks a declaratory judgment that

determines that Defendants' facility violated the ADA and the IHRA and seeks a permanent injunction pursuant to 42 U.S.C. § 12188(a) (2), 28 C.F.R. § 36.504(a) and 775 ILCS 5/10-102 requiring Defendants to make its facility fully accessible for individuals with disabilities. Plaintiff also seeks punitive and actual damages, as well as a payment of his reasonable attorneys' fees, litigation expenses and costs. *See* Complaint.

3.      Petitioner/Defendant, 738 NORTH WELLS BUILDING LLC, was served on or about August 3, 2015.

4.      The Notice of Removal is timely because it is being filed within thirty (30) days from the date Petitioner/Defendant was served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

## GROUND FOR REMOVAL

5.      Removal is proper pursuant to 28 U.S.C. § 1441 because it presents a federal question under a federal statute.

6.      Specifically, Plaintiff alleges that Petitioner/Defendant purportedly violated Title III of the ADA and seeks injunctive relief pursuant to 42 U.S.C. § 12188. *See* Complaint at pp. 5-7.

7.      Therefore, this Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 and it may be removed pursuant to 28 U.S.C. § 1441.

## COMPLIANCE WITH REMOVAL PROCEDURES

8.      Petitioner/Defendant complied with all of the procedural requirements set forth in 28 U.S.C. § 1446.

9.  <u>Removal is Timely.</u> The Notice of Removal is timely because it is being filed within thirty (30) days from the date Petitioner/Defendant was served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

10.  <u>Removal to Proper Court.</u> Venue is proper pursuant to 28 U.S.C. §§1441(a) and 1446(a) because the Northern District of Illinois embraces the Circuit Court of Cook County, Illinois, where the State Court Action was originally commenced.

11.  <u>Notice.</u> A copy of the Notice of Removal will be timely filed with the Clerk of the Circuit Court of Cook County, Illinois, and served on Plaintiff's counsel pursuant to 28 U.S.C. §1446 (d).

*12.  <u>Pleadings and Process.</u>* Attached as Exhibit "A" is a copy of the Complaint and Summons – the only documents received by Petitioner/Defendant in this case. *See 28 U.S.C. § 1446(a)*.

13.  <u>Consent</u>. Defendant, KARYN'S COOKED INC., consented to remove this case to this Court.

14.  <u>Signature</u>. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. 28 U.S.C. §1446(a).

15.  Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and the claims may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

16.  In the event Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Petitioner/Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

17.     For the reasons stated above, Petitioner/Defendant hereby removes this case from the Circuit Court of Cook County, Illinois, to this Court.

WHEREFORE, for the above reasons, Petitioner/Defendant, 738 NORTH WELLS BUILDING LLC, removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully request that this Court exercise jurisdiction over this matter.

Respectfully submitted,

**738 NORTH WELLS BUILDING LLC,**
Petitioner/Defendant

By: ____*/s/ Daniel J. Voelker*_____
                    One of Its Attorneys

Daniel J. Voelker, Esq.
Olga S. Dmytriyeva, Esq.
VOELKER LITIGATION GROUP
311 W. Superior Street, Suite 500
Chicago, Illinois 60654
T:  (312) 870-5430
F:  (312) 870-5431
dvoelker@voelkerlitigationgroup.com
olga@voelkerlitigationgroup.com

Dated: September 1, 2015

# EXHIBIT "A"