**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLLIE FRANKLIN JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-07716 |
| | ) | |
| KARYN'S COOKED INC., and 738 NORTH WELLS BUILDING LLC, | ) | Circuit Court No. 2015-L-007234 |
| | ) | |
| Defendants. | ) | |

**MOTION FOR REASSIGNMENT PURSUANT TO LOCAL RULE 40.4**[1]

Defendants, KARYN'S COOKED INC. and 738 NORTH WELLS BUILDING LLC, by and through their undersigned attorneys, in support of their Motion for Reassignment, state as follows:

1. John D. Steele of the Accessibility Law Group has filed the following cases in the Northern District of Illinois and in the Circuit Court of Cook County that were removed to this Court in recent time on behalf of several plaintiffs utilizing a boilerplate complaint all seeking modest cash settlements for alleged violations of the Americans with Disabilities Act ("ADA"):

- 1:15-cv-03800 *Mapp v. City Colleges of Chicago, et al*, filed 04/30/15
- 1:15-cv-04197 *Mizerk v. Kebritchi, et al*, filed 05/12/15
- 1:15-cv-04221 *Franklin v. Huron Street Associates LLC,* et al, filed 05/13/15
- 1:15-cv-04249 *Mizerk v. Chicago Cafe, Inc., et al*, filed 05/14/15
- 1:15-cv-04251 *Franklin v. Brett's Kitchen, Inc., et al*, filed 05/14/15

---

[1] Pursuant to LR 40.4, this Motion was filed in the lowest-numbered case of the claimed related set, Case No. 1:15-cv-03800, *Mapp v. City Colleges of Chicago* and Noticed up before Hon. Milton I. Shadur on September 11, 2015 at 9:15 a.m. (A copy of the Notice of Motion is attached as Exhibit "B").

- 1:15-cv-06681 *Davis v. Albany Plaza LLC, et al*, filed 07/30/15

- 1:15-cv-06780 *Franklin Jr. v Lago Inc, et al*, filed 08/03/15

- 1:15-cv-07131 *Mizerk v. LaSalle Flowers, Inc,. et al*, filed 08/14/15

- 1:15-cv-07334 *Davis v. Dental Experts, LLC, et al*, filed 08/21/15

- 1:15-cv-07335 *Davis v. Royal Dental La Villita P.C., et al*, filed 08/21/15

- 1:15-cv-07336 *Davis v. Guerrero LP, Inc., et al*, filed 08/21/15

- 1:15-cv-07337 *Berry v. E and E Holdings, Inc., et al*, filed 08/21/15

2. Attorney Steele has also filed approximately twelve other suits in Cook County Circuit Court making the same boilerplate allegations that will likely be removed to the Northern District of Illinois.

3. The plaintiff in case numbers 1:15-cv-04197, 1:15-cv-04249, and 1:15-cv-07131 told CBS 2 in a report that aired on August 13, 2015 that she was solicited by Steele's paralegal at her SRO and is currently suing approximately ten establishments but she did not know which.

4. Several of the other Plaintiffs reside at the same SRO and discovery will likely show they were also solicited by Attorney Steele's paralegal in violation of Illinois Rule of Professional Conduct 7.3.

5. The complaints recently filed by Attorney Steele all have similar allegations and many will likely result in Rule 11 sanctions if litigated as there has apparently been no investigation as to whether changes to the property are readily achievable. (Copies of the Complaints and/or Notices of Removal are attached hereto as Exhibit "A".)

6. The Local Rule 40.4 controlling reassignment provides in pertinent part:

"(a) Definitions. Two or more civil cases may be related if one or more of the following conditions are met:
(1) the cases involve the same property;
(2) **the cases involve some of the same issues of fact or law**;

(3) the cases grow out of the same transaction or occurrence; or
(4) in class action suits, one or more of the classes involved in the cases is or are the same.
(b) Conditions for Reassignment. A case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge and each of the following criteria is met:
(1) both cases are pending in this Court;
(2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort;
(3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and
(4) the cases are susceptible of disposition in a single proceeding."
(emphasis added.)

7. These cases all involve some of the exact same issues of fact and issues of law.

8. The first issue in each case is whether the plaintiffs solicited by Steele have standing and actually attempted to visit the establishments they sued.

9. The second issue in each is whether the plaintiff, made a reasonably inquiry as to whether the Defendants were actually compliant with the ADA.

10. The third issue in each case to determine is what fees Attorney Steele is entitle to if there is a violation and his plaintiff has standing.

11. Assigning this case and other cases filed by the "Accessibility Law Group" with the same allegations to the same District Judge will enable prompt resolution and expedited discovery of these specious lawsuits.

12. All the cases listed above are pending in this Court, the Court will save tremendous time and effort hearing these cases together, all of the cases are in their infancy and filed within approximately 90 days, and the cases are susceptible to disposition in a single settlement conference.

WHEREFORE, KARYN'S COOKED INC. and 738 NORTH WELLS BUILDING LLC, respectfully request that this Court enter an Order transferring this matter and the cases listed

3

above to Milton I. Shadur or another judge selected by the Executive Committee pursuant to Local Rule 40.4, and for any further and other relief that this Court deems just and appropriate under the circumstances.

                                                    Respectfully submitted,

                                                    **KARYN'S COOKED INC. and 738 NORTH WELLS BUILDING LLC**, Defendants,

                                        By: ____/s/ *Olga S. Dmytriyeva*_____
                                                        One of Their Attorneys

Olga S. Dmytriyeva, Esq.
Alexander N. Loftus, Esq.
VOELKER LITIGATION GROUP
311 W. Superior Street, Suite 500
Chicago, Illinois 60654
olga@voelkerlitigationgroup.com
alex@voelkerlitigationgroup.com
(T): (312) 870-5432
(F): (312) 870-5431

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that on September 2, 2015, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system that will notify all the parties who are registered with the CM/ECF electronically.

                                                                ___/s/ *Olga S. Dmytriyeva*_____