IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLLIE FRANKLIN JR., | Case No. 1:15-cv-07716 |
| Plaintiff, | Circuit Court No. 2015-L-007234 |
| v. | |
| KARYN'S COOKED INC., and 738 NORTH WELLS BUILDING LLC, | |
| Defendants. | |

**JPMORGAN CHASE BANK, N.A.'S NOTICE TO THE COURT OF ITS OBJECTION TO DEFENDANTS' MOTION FOR REASSIGNMENT**

JPMorgan Chase Bank, N.A. ("JPMorgan"), a non-party to this lawsuit, by and through its counsel, respectfully submits this notice to the Court of its objection to Defendants Karyn's Cooked Inc. and 738 North Wells Building LLC's ("Defendants") motion to reassign several cases to this Court.

1. On September 4, 2015, counsel for Defendants notified the undersigned that Defendants filed a Motion for Reassignment Pursuant to Local Rule 40.4 (Dkt. No. 20). In their Motion, Defendants requested several pending lawsuits be consolidated with the present lawsuit, including one in which JPMorgan is a party, *Davis v. Albany Plaza LLC, et al.*, Case No. 1:15-cv-06681, currently pending before the Honorable Harry D. Leinenweber. (Dkt. No. 20, at 2.) Counsel further informed the undersigned that Defendants' Motion has been scheduled for hearing on September 11, 2015 at 9:15 a.m.

2. On September 8, 2015, the undersigned informed Defendants' counsel that JPMorgan objects to the consolidation of the *Davis* matter with the present lawsuit. JPMorgan

counsel further informed Defendants' counsel that JPMorgan would not be available to appear at the September 11 hearing, and requested that counsel advise the Court of JPMorgan's objection.

3. Since September 8, another defendant in the *Davis* litigation, Hallberg Insurance Network, Inc., also informed Defendants' counsel that it objects to the consolidation as well. Further, at least three other defendants in other lawsuits Defendants identified in their Motion have informed Defendants' counsel that they also object to the consolidation.

4. Therefore, should the Court entertain Defendants' Motion, JPMorgan respectfully requests that the Court set a briefing schedule so JPMorgan may file a substantive opposition to Defendants' Motion.

* * * * * * * * * *

WHEREFORE, JPMorgan Chase Bank, N.A., hereby notifies the Court of its objection to Defendants' Motion for Reassignment and, should the Court entertain the Motion, JPMorgan respectfully requests the Court set a briefing schedule so JPMorgan may file a substantive opposition to Defendants' Motion.

**DATED: September 10, 2015**                Respectfully submitted,

By: */s/ William F. Dugan*

William F. Dugan (#6229172)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
wdugan@seyfarth.com
Phone: (312) 460-5000

Attorneys for Non-Party
JPMORGAN CHASE BANK, N.A.

## **CERTIFICATE OF SERVICE**

I do hereby certify that on September 10, 2015, a true and correct copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF electronic filing system that will notify all the parties who are registered with the CM/ECF electronically.

>
> */s/ William F. Dugan*
> William F. Dugan

4