# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ollie Franklin Jr.

                              Plaintiff,

v.                                                 Case No.: 1:15–cv–07716

                                                           Honorable Virginia M. Kendall

Karyn's Cooked Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2015:

      MINUTE entry before the Honorable Milton I. Shadur: Defendants' motion for reassignment based on relatedness to Case No. 15 C 3800 [6] is denied for the reasons stated orally in open court. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.