## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Ollie Franklin Jr.
                          Plaintiff,

v.                                           Case No.: 1:15−cv−07716
                                                      Honorable Virginia M. Kendall

Karyn's Cooked Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 28, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion to dismiss [19] is granted. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff, Ollie Franklin, and the Defendants, Karyns Cooked Inc. and 738 North Wells Building LLC through their respective attorneys hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys fees. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.